DEFENDANT:          13.  COREY L. RILEY

YEAR OF BIRTH:   1969

ADDRESS:             Denver, Colorado

COMPLAINT FILED: _____YES    __X___   NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:   _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____YES   __X___  NO

OFFENSE:

Count Eleven:                            Maintaining Drug-Involved Premises
                                         21 U.S.C. § 856(a)(1) and (2) and (b)

Count Twelve:              Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirteen:            Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fourteen:            Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fifteen:             Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Sixteen:             Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seventeen:           Possession with Intent to Distribute Cocaine
                            21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Eighteen:            Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Nineteen:            Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty:              Possession with Intent to Distribute Cocaine
                           21 U.S.C. § 841(a)(1) and (b)(1)(C)


Count Twenty-One:          Possession with Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Two:        Possession with Intent to Distribute Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

Count Twenty-Three:       Possession with Intent to Distribute Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Four:       Possession with Intent to Distribute Marijuana
21 U.S.C. § 841(a)(1) and (b)(1)(D)

Count Twenty-Five:        Possessing Firearm in Furtherance of Drug Trafficking Felony
Offense
18 U.S.C. § 924(c)

Count Twenty-Six:        Possession with Intent to Distribute More than 500 grams of
Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(B)
18 U.S.C. § 2

Count Tenty-Seven:       Conspiracy to Distribute more than 5 Kilograms of Cocaine
21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)

Count Thirty-One:        Conspiracy to Use and Maintain Drug-Involved Premises
21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:        Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eleven:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twelve:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fourteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fifteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Sixteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seventeen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Eighteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Nineteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-One:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Two:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Three:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Four</u>:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Five</u>:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Six</u>:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Seven</u>:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-One</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

### NOTICE OF FORFEITURE

<u>AGENT</u>:        Special Agent Jason Cole
                Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case

4

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        X        Yes        No