AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>12. CALVIN R. RILEY<br>*Defendant* | )<br>)<br>) Case No. 12-cr-00010-MSK<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Calvin R. Riley                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Prohibited Person in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2
Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date: 01/09/2012                                                                s/ M.J. Garcia
                                                                    *Issuing officer's signature*

City and state:   Denver, CO                              Gregory C. Langham, Clerk, U.S. District Court
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                             Weight:

Sex:                                                                 Race:

Hair:                                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: