**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
10. JOHNIE A. MYERS,
**12. CALVIN R. RILEY,**
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

                Defendants.

---

**Mr. RILEY'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL**

---

      Calvin Riley hereby provides his response to the GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL ("Motion"). While he disagrees with the Government and disputes that such a protective order is in any way necessary, either as to this entire case or specifically as to Mr. Riley, he has no objection to this Court entering such a protective order. He does

object to this Court making any finding at this time that the concerns of the Government have "some merit" as described in Doc. 41-1, the proposed Protective Order.

Dated:   January 27, 2012.

Respectfully submitted,

 **S/ Darren R. Cantor**
Darren R. Cantor
The Law Offices at the Auraria Lofts
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
(303) 534-5722
Darren@cantorlaw.net
*Attorney for Calvin Riley*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

   _S/_ Darren R. Cantor_____
Darren R. Cantor

2