DEFENDANT:       12.  CALVIN R. RILEY

YEAR OF BIRTH:   1961

ADDRESS:         Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO

OFFENSE:

| | |
|---|---|
| Count Nine: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Ten: | Prohibited Person in Possession of Firearm<br>18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2 |
| Count Thirty-One: | Conspiracy to Use and Maintain Drug-Involved Premises<br>21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) |
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |
| Count Thirty-Eight: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Nine:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Ten:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Eight:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:       Special Agent Jason Cole
             Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       __X__       Yes      _____ No