## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY
5. DELBERT J. GARDNER
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN
10. JOHNIE A. MYERS,
12. **CALVIN R. RILEY,**
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

        Defendants.

---

**MOTION TO WAIVE PRESENCE FOR RE-ARRAIGNMENT ON SUPERSEDING INDICTMENT [Doc. 180]**

---

Calvin Riley hereby requests this Court permit him to waive his presence for the re-arraignment scheduled for February 23, 2012. Pursuant to F.R.Crim.P. 10(b). He hereby waives his appearance, has reviewed a copy of the superseding indictment

(doc. 180) and re-affirms his plea of not guilty to the counts in that indictment that relate to him.

Dated:     February 21, 2012.

*Calvin Riley* (signature)
Calvin Riley

Respectfully submitted,

**S/ Darren R. Cantor**
Darren R. Cantor
The Law Offices at the Auraria Lofts
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
(303) 534-5722
Darren@cantorlaw.net
*Attorney for Calvin Riley*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

S/ Darren R. Cantor
Darren R. Cantor