IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY
5. DELBERT J. GARDNER
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN
10. JOHNIE A. MYERS,
**12. CALVIN R. RILEY,**
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

                Defendants.

---

### NOTICE OF DISPOSITION

---

Calvin Riley hereby provides this notice that he has reached a disposition with the Government in this case involving a change of plea

Dated:    February 22, 2012.

                                                    Respectfully submitted,

                                                    S/ Darren R. Cantor
                                                    Darren R. Cantor
                                                    1127 Auraria Parkway, Suite 201-B
                                                    Denver, Colorado 80204
                                                    (303) 534-5722
                                                    Darren@cantorlaw.net
                                                    *Attorney for Calvin Riley*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

          ___S/_Darren R. Cantor_____
          Darren R. Cantor