**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY
5. DELBERT J. GARDNER
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN
10. JOHNIE A. MYERS,
**12. CALVIN R. RILEY,**
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

                Defendants.

---

**UNOPPOSED MOTION TO RESCHEDULE CHANGE OF PLEA HEARING**

---

Calvin Riley hereby requests this Court vacate the presently scheduled May 17 Change of Plea hearing and set a new date consistent with parties' calendars and that of the Court. As grounds, he states as follows:

Mr. Riley was scheduled for a Change of Plea hearing on May 9 (**Doc. 255**). On May 3, this Court reset that hearing to May 17 (**Doc 407**). Undersigned Counsel is out of town and unavailable, and having purchased non-refundable airline tickets, from May

17 through May 28. Counsel is available prior to the 17th, or after the 28th, subject of course to this Court's availability and that of Government Counsel.

Counsel has authority from the assigned Assistant United States Attorney to advise this Court that he has no objection and does not oppose this request.

WHEREFORE, Calvin Riley requests this Court vacate the presently scheduled May 17th Change of Plea hearing and Order all counsel to contact chambers to clear a new date for that hearing.

Dated:   May 4, 2012.

Respectfully submitted,

  S/ Darren R. Cantor
Darren R. Cantor
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
(303) 534-5722
Darren@cantorlaw.net
*Attorney for Calvin Riley*

### CERTIFICATE OF SERVICE

I certify that on this 4th day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

   S/  Darren R. Cantor
Darren R. Cantor