**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   June 21, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No.  12-cr-00010-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Guy Till

       Plaintiff,

v.

CALVIN R. RILEY,                           Darren Cantor

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**9:11 a.m.     Court in session.**

Defendant present in custody**.**

Defendant is arraigned on Counts 10 and 32 of the **Indictment**.  Defendant pleads guilty to Counts 10 and 32 of the **Indictment.  The Government intends to dismiss the remaining Counts of the Indictment (9, 31, 38) and all the Superseding Indictment against this defendant.**

Defendant sworn.

Defendant advised regarding:

    1)   The Plea Agreement;
    2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)   The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Government orally moves to dismiss the remaining Counts of the Indictment (9, 31, 38) and the Superseding Indictment against this defendant.  Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's oral Motion to Dismiss the remaining Counts of the Indictment (9, 31, 38) and the Superseding Indictment against this defendant is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Counts 10 and 32  of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing previously set on **August 7, 2012 is VACATED** and reset to **October 1, 2012 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**9:57 a. m.** **Court in recess.**

**Total Time:** **46 minutes.**
**Hearing concluded.**