IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**12. CALVIN R. RILEY,**

    Defendant.

---

### OBJECTIONS TO PRESENTENCE REPORT [Doc. #610]

---

Calvin Riley hereby provides the following objections to the presentence report along with materials in support of his sentencing hearing.

**Objections Affecting Guideline Calculations**

None. However, as described in the Plea Agreement, Mr. Riley may either file a motion for downward departure or motion for statutory sentence relating to his 2008 felony conviction from Arapahoe County and other issues.

**Objections not Affecting Guideline Calculations**

Mr. Riley has no objections to the presentence report. He provides two attachments to be included in the presentence report. First, he provides letters from:

- His mother, Patricia Chapman,
- His sister, Shawn Riley
- And his girlfriend, JoAnn Armijo

Second, he provides a certificate of completion of the Productive Day Program from the Denver Detention Center. This program provides training to inmates to help them develop skills for productive use of their time upon release.

Dated: September 13, 2012.

Respectfully submitted,

**S/ Darren R. Cantor**
Darren R. Cantor
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
(303) 534-5722
Darren@cantorlaw.net
*Attorney for Calvin Riley*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

S/ Darren R. Cantor
Darren R. Cantor

2