August 2, 2012

The Hon. Marcia S. Krieger
United States District Judge
District of Colorado
United States Courthouse
Denver, Colorado


Re: Calvin R. Riley


Dear Judge Krieger:

My name is Patricia Adair- Chapman, I am Calvin Riley's mother therefore I have known him all his life. I became a single parent when he was three years old and raised my children by myself with the help of my parent's and grandmother. I am a L. P. N. and worked hard to raise my children because their father refused to help in any way.

Calvin was brought up in the Baptist Church and baptized at an early age. He is a very kind hearted person and very caring. After I lost my leg nine years ago he would check on me every day to see if my husband needed any help with my care.

I have known Calvin to help the homeless and any one that he heard of or knew that needed help by, going to the store for them, taking them places, giving them clothes or money if needed. I knew him to be a good husband and provider for his wife and children. I know that Calvin is a good worker and a very good father to his children. He is very family oriented man. To me Calvin is a good respectable person.


Respectfully Submitted,

*Patricia Chapman*

Mrs. Patricia A. Chapman
21453 E. 54th Place
Denver, Colorado  80249
720-374-2121

The Hon. Marcia S. Krieger

United States District Judge District of Colorado

United States Courthouse

Denver, Colorado

Re: Calvin Riley

Dear Judge Krieger:

I am writing this letter on behalf of my brother Calvin Riley. We grew up in the same household. Calvin is three years older than me. When we were in elementary school together in Kansas he was the chess champion from the 4th grade to the 6th grade and I took over after him. When he was in school he was very athletic and good at it. He helped me with my homework and was very protective of me because I was his only and "little" sister. He taught me how to play basketball and baseball. When I learned how to drive he was the one who taught me that as well. He also taught our grandmother how to drive when she was in her 60's. He is very good at teaching people academically and athletically.

When Calvin became a father I can truly say that he was and is that to his children. Not just financially but he talked to them about what was right and what was wrong. Calvin has always been in his children's life and they respect him as their dad. He changed diapers and did the 3am feedings. His last child Gabriel is special needs and I believe he (Gabriel) has changed Calvin's life and the way he wants to be recognized in life.

Respectfully:

Shaun Riley

8-2-2012

5723 N. Gibralter Way
#201
Aurora, CO 80019
720-579-6271

*July 23, 2012*

*To whom it may concern:   Judge Marcia S. Krieger*

*Hello, and how are you.  My name is JoAnn Armijo and I am Calvin Riley's girlfriend of three years.  We also have a 24 month old son Gabriel together he has a disability (hydrocephalus).  Since Gabriel was born Calvin has been there for me and his son emotionally, physically and financially throughout all of our sons surgeries. Gabriel has had 4 surgeries since birth.  I was able to stay at home, but since he has been incarcerated it has been a struggle for myself to make ends meet.*

*Calvin is a good father and a great provider.  He went to work every day to take care of our needs. He is also a dependable man to have around he always made sure we had everything we needed.  I am writing you this letter in hopes you will have compassion on his sentencing.*

*Sincerely*

*JoAnn Armijo*

*[signature: Jo Ann Armijo]*