# This Certificate is awarded to

# Calvin Riley

### For participation in the
### *Productive Day Program*

## Certificate 1*

On July 11, 2012

**Instructor** _Dwayne Burris_

*Productive Day certificates alone do not warrant earned time credits