Exhibit 1                                              RID:D0032008CR000595-000058

```
                        Print Minute Orders      /05/09      3:08 PM
Status:             CLSD            District Court, Arapahoe County
Case #:  2008 CR 000595    Div/Room:  401    Type: Other
            The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 10/02/2009 | Minute Order (print) |

```
JUDGE: VNS        CLERK:           REPORTER:
SENTENCING
JUDGE: SPENCER    CLERK: EKN    REPORTER: KIM REIFEIN
PRESENT: B. HARTFORD, DDA. (SPECIAL PROS FROM JEFFERSON COUNTY)
THE DEFT APPEARS ON BOND WITH CNSL JAMES REED.
THE DEFT IS SENTENCED ON COUNT 1, ATT TO INFLUENCE A PUBLIC SERVANT,
18-8-306, F4, TO 2 YEARS DOC AND 3 YEARS MANDATORY PAROLE.
AS TO COUNT 2, TAMPERING WITH PHYSICAL EVIDENCE, 18-8-610, F6, TO 1 YEAR DOC
WITH 1 YEAR OF MANDATORY PAROLE.
AS TO COUNT 3, 2ND DEGREE FORGERY, 18-5-104, M1, THE DEFT IS SENTENCED TO 6
MONTHS IN COUNTY JAIL TO BE SERVED IN DOC.
ALL COUNTS ARE CONCURRENT WITH EACHOTHER.
THE COURT APPOINTS THE PUBLIC DEFENDER FOR APPEAL PURPOSES.
BOND RELEASED
FLG: ROCP
     REMAND ORDER                                              /EKN
```

Exhibit 1

RID:D0032008CR000595-000057

```
                          Print Minute Orders      ./31/09    11:34 AM
Status:                        District Court, Arapahoe County
Case #:   2008 CR 000595    Div/Room:   401    Type: Other
            The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 8/28/2009 | Minute Order (print) |

JUDGE: VNS        CLERK:           REPORTER:
SENTENCING
JUDGE: SPENCER    CLERK: EKN    REPORTER: K. TROYENAK
PRESENT: BEN HARTFORD, DDA (SPECIAL PROSECUTOR)
THE DEFT APPEARS ON BOND WITH CNSL JAMES REED. IT IS UNCLEAR AS TO IF THE
DEFT HAS BEEN SCREENED FOR COMMUNITY CORRECTIONS YET OR NOT. DEFENSE CNSL
WANTS TO MAKE SURE THE DEFT IS SCREENED AND PARTIES AGREE TO CONTINUE TODAY'S
SENTENCING UNTIL 10/02/09 AT 130 PM IN DIV 401.
BOND CONTINUED                                                          /EKN

Exhibit 1                                                           RID:D0032008CR000595-0000.

```
                            Print Minute Orders      6/19/09      10:15 AM
Status:                        District Court, Arapahoe County
Case #:   2008 CR 000595      Div/Room:   401     Type: Other
                 The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 6/19/2009 | Minute Order (print) |

```
JUDGE: VNS        CLERK:          REPORTER:
SENTENCING
JUDGE: SPENCER    CLERK: EKN      REPORTER: NANCY DORLAND
PRESENT: BEN HARTFORD, SPECIAL PROSECUTOR FROM ADAMS COUNTY.
THE DEFT APPEARS ON BOND WITH CNSL JAMES REED. PARTIES HAVE RECEIVED A
SPECIAL REPORT STATING THE PSI IS NOT COMPLETED. TODAY'S SENTENCING IS
CONTINUED UNTIL 08/28/09 AT 130 PM IN DIV 401.
THE PSI HAS BEEN RE-TRIGGERED.
BOND CONTINUED                                                       /EKN
```

Exhibit 1

RID:D0032008CR000595-000049

```
                          Print Minute Orders        4/29/09      5:07 PM
Status:                            District Court, Arapahoe County
Case #:  2008 CR 000595       Div/Room:  401     Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 4/29/2009 | Minute Order (print) |

```
JUDGE:  VNS          CLERK:            REPORTER:
JURY TRIAL DAY 3
JUDGE: SPENCER       CLERK: EAV    RPTR: CATHY TROYANEK
PRESENT: SPECIAL PROS DDA HARTFORD WITH ADV WITNESS LT. HICKS; DEFENDANT
APPEARS ON BOND WITH COUNSEL REED.
ORDER:
COURT RECOVENES WITH JURY INSTRUCTION CONFERENCE. ISSUE ADDRESSED THAT JUROR
POSSIBLY HEARD DEFENDANT AND FAMILY DISCUSSING CASE AS LEAVING COURTHOUSE
LAST NIGHT. SHE STATES SHE SAW THEM BUT HEARD NOTHING. JURY RETURNS TO COURT.
PEOPLE CALL JERRY STEVENS IN REBUTTAL. SWORN AND TESTIFIES. JURY INSTRUCTIONS
READ. BOTH PARTIES PRESENT CLOSING ARGUMENTS. JURY RETIRES FOR DELIBERATION
AT 11:40AM. JURY SENDS OUT A QUESTION AT 1:45PM. JURY ANNOUNCES AND RETURNS
VERDICT AT 3:00PM. ON COUNT 1, ATTEMPT TO INFLUENCE A PUBLIC SERVANT, CRS
18-8-306 - GUILTY. ON COUNT 2, TAMPERING WITH PHYSICAL EVIDENCE, CRS
18-8-610(1)(B) - GUILTY. ON COUNT 3, SECOND DEGREE FORGERY, CRS 18-5-104 -
GUILTY. ON COUNT 4, ASSAULT IN THE SECOND DEGREE, CRS 18-3-204 - NOT GUILTY.
ON COUNT 5, HARASSMENT, CRS 18-9-111(1)(E) - NOT GUILTY. FOREPERSON CONFIRMS
THESE ARE THE JURY'S UNANIMOUS VERDICTS. NEITHER PARTY WISHES THE JURY TO BE
POLLED. THE JURY IS DISCHARGED WITH THE THANKS OF THE COURT. JUDGMENT OF
CONVICTION ENTERS AS TO COUNTS 1-3, AND DEFENDANT IS REMANDED. PREVIOUS BOND
IS DISCHARGED, AND NEW BOND IS SET AT $25,000C/S WITH CONDITION OF PRETRIAL
SUPERVISION. BUG SPRAY CAN DEMONSTRATIVE EVIDENCE WILL BE PHOTOGRAPHED, AND
PHOTO WILL BE KEPT IN EVIDENCE PER CJO 09-06. THE BUG SPRAY WILL NOT BE KEPT
AS IT IS A HAZARDOUS MATERIAL. SENTENCING HEARING SET FOR JUNE 19, 2009 AT
10:00AM IN DIV 401. PSI ORDERED. DEFENDANT REMANDED.
FLG: JURY INSTRUCTIONS
FLG: VERDICT FORMS (5)
FLG: BOND INFO SHEET
FLG: REMAND ORDER                                                      /EAV
```

Exhibit 1

RID:D0032008CR000595-000047

```
                        Print Minute Orders      /29/09      5:07 PM
Status:                      District Court, Arapahoe County
Case #:   2008 CR 000595    Div/Room:  401    Type: Other
             The People of Colorado vs RILEY, CALVIN RICHARD
_____

   FILE DATE        EVENT/FILING/PROCEEDING
   4/28/2009        Minute Order (print)
JUDGE: VNS          CLERK:           REPORTER:
JURY TRIAL DAY 2 4.28.09
JUDGE: SPENCER      CLERK: OB     RPTR: BACHELLOR
PRESENT: SPECIAL PROS DDA HARTFORD WITH DET HICKS.
 DEF APPEARS ON BOND WITH COUNSEL MR REED.
OFFICER MICHAEL VAIL TAKES THE STAND AND TESTIFIES.
DR BRADLEY SIMON TAKES THE STAND AND TESTIFIES.
INVESTIGATOR J BACON TAKES THE STAND AND TESTIFIES.
JUROR 13 PREV 23 IS EXCUSED FROM THE JURY DUE TO PAIN, NAUSEOUSNESS AND
DIZZINESS.  DDA MS NEVENE ISKANDER TAKES THE STAND AND TESTIFIES.
PEOPLES EXHIBIT 11 IS ADMITTED.
MR STEVENS TAKES THE STAND AND TESTIFIES.
DET HICKS TAKES THE STAND AND TESTIFIES.
DET T MILES TAKES THE STAND AND TESTIFIES.
EXHIBITS 12 AND 13 ADMITTED
PEOPLE REST
MOTN OF ACQUITTAL IS DENIED
MR MARTIN TAKES THE STAND AND TESTIFIES
MR KNIGHT TAKES THE STAND AND TESTIFIES
MR J JONES TAKES THE STAND AND TESTIFIES
MR RILEY TAKES THE STAND AND TESTIFIES
DEFENSE RESTS
COURT IS IN RECESS FOR THE REST OF THE EVENING AND WILL RECONVENE AT 0830 AM
JURY IS TO BE IN AT 10:00 AM                                          /OB
```

Exhibit 1

RID:D0032008CR000595-000046

```
                        Print Minute Orders      ٤/29/09       5:07 PM
Status:                         District Court, Arapahoe County
Case #:  2008 CR 000595    Div/Room:  401    Type: Other
            The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 4/27/2009 | Minute Order (print) |

JUDGE:  VNS        CLERK:           REPORTER:
JURY TRIAL DAY 1 4.27.09
JUDGE: SPENCER      CLERK: EAV      RPTR: BACHELLOR
PRESENT: SPECIAL PROS DDA HARTFORD WITH ADVISORY WITNESS LT. HICKS; DEF CNSL JAMES REED WITH DEF WHO APPEARS ON BOND.
ORDER:
COURT TAKES UP PEOPLE'S MOTION IN LIMINE REGARDING RECANTING VICTIM CROSS-EXAMINATION. THE COURT GRANTS THE MOTION IF DEFENSE OPENS THE DOOR. PARTIES PRESENT THEIR EXHIBIT AND WITNESS LISTS. JURY SELECTED AND SWORN. PEOPLE PRESENT OPENING STATEMENT. DEFENSE RESERVES OPENING STATEMENT. PEOPLE CALL JACQUELYN EDWARDS-RILEY. SWORN AND TESTIFIES. COURT RECESSES DURING HER TESTIMONY, TO RECONVENE AT 8:30AM TOMORROW, APRIL 28TH. DEFENDANT'S BOND CONTINUES.              FLG: PEOPLE'S WITNESS LIST
FLG: PEOPLE'S EXHIBIT LIST
FLG: JURY LIST, SUMMONS, AND QUESTIONNAIRES UNDER SEAL
FLG: DEFENDANT'S WITNESS LIST                                    /EAV

Exhibit 1

RID:D0032008CR000595-000043

```
                           Print Minute Orders      4/17/09       11:30 AM
Status:                            District Court, Arapahoe County
Case #:  2008 CR 000595       Div/Room:  401    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 4/17/2009 | Minute Order (print) |

JUDGE: VNS        CLERK:             REPORTER:
STATUS
JUDGE: MACRUM     CLERK: EKN    REPORTER: C. ROBINSON
PRESENT: B. HARTFORD, SPECIAL PROSECUTOR.
THE DEFT APPEARS ON BOND WITH CNSL J. REED. BOTH SIDES ANNOUNCE READY FOR TRIAL AND AGREE THERE IS NO NEED FOR A SECOND STATUS.
THE ALTERNATE WILL BE #11 AND PARTIES HAVE 30 MINUTES FOR VOIR DIRE AND 30 MINUTES TO OPEN.
TRIAL STARTS ON 04/27/09 AT 830 AM IN DIV 401.
BOND CONTINUED                                                     /EKN

Exhibit 1

RID:D0032008CR000595-000037

```
                          Print Minute Orders       2/25/09       9:16 AM
Status:  RSTD           MRIG             District Court, Arapahoe County
Case #:  2008 CR 000595         Div/Room:  401     Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

```
    FILE DATE        EVENT/FILING/PROCEEDING
    2/25/2009        Minute Order (print)
JUDGE:  VNS        CLERK:            REPORTER:
RETURN ON WARRANT - WITNESS
JUDGE SMITH FOR CROSS  CLERK LMC  RPT M BACHELLER
PRSNT  DDA SPECIAL PROS B HARTFORD    WITNESS I/C PRO SE
ORDR   WITNESS, JACQUELYN L EDWARD-RILEY APPEARS ON WARRANT FROM 12-19-08.
DDA HARTFORD HAS NO OBJECTION TO REDUCING BOND TO A PR BOND WITH ACTIVE GPS
TO INSURE DEF'S APPEARANCE AT TRIAL. COURT SO ORDERS, BOND IS REDUCED TO
$10,000 PR WITH WITNESS TO REPORT TO PROBATION OR PRETRIAL TO BEGIN GPS
MONITORING. DEF TO REPORT BACK TO COURT FOR TRIAL ON APRIL 28, 2009 AT 9:00
AM.               FLG    INFO RE BOND                                 /LMC
```

Exhibit 1

RID:D0032008CR000595-000032

```
                         Print Minute Orders       1/05/09       2:41 PM
Status:   RSTD          WISS   MRIG    District Court, Arapahoe County
Case #:   2008 CR 000595       Div/Room:  401     Type: Other
          The People of Colorado vs RILEY, CALVIN RICHARD
```

**FILE DATE**       **EVENT/FILING/PROCEEDING**
  1/05/2009        Minute Order (print)
JUDGE:  JMH        CLERK:            REPORTER:
JURY TRIAL DAY 1
JUDGE: M. HANNEN;  CLERK: KAG;  COURT REPORTER: S. OSTDAHL
PRESENT:  SPECIAL PROSECUTOR BEN HARTFORD;  DEF APPEARED ON BOND W/ DEF ATTY T. REED.
BOTH PARTIES ANNOUNCE READY FOR TRIAL.
THE COURT LETS THE PARTIES KNOW THAT THE TRIAL IS RECESSED UNTIL 130 PM TODAY. THEY WILL RETURN BACK HERE TO FIND OUT WHAT COURTROOM THE TRIAL WILL BE HELD IN. JUDGE MACRUM IS HEARING THE TRAIL.
*********************************************
JURY TRIAL DAY 1 CONTINUED IN DIVISION 206
JUDGE: J. MACRUM CLERK: KLJ;  COURT REPORTER:  C. ROBINSON
PRESENT:  SPECIAL PROSECUTOR BEN HARTFORD;  DEF APPEARED ON BOND W/ DEF ATTY J. REED.  DEFENDANT WAIVES SPEEDY, COURT GRANTS A CONTINUANCE. BOND CONTINUES FOR DEF
MOTIONS DATE 01/06/09  830A
NEW TRIAL DATE TO BE SET AT MOTIONS
 NEW SPEEDY DATE 06/05/09
 FLG: WAIVER OF SPEEDY                                                    /KLJ

                                    PAGE     1

Exhibit 1

RID:D0032008CR000595-000030

```
                             Print Minute Orders      12/22/08     8:09 AM
Status:  RSTD        MRIG           District Court, Arapahoe County
Case #:  2008 CR 000595      Div/Room:  401    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 12/19/2008 | Minute Order (print) |

JUDGE: JMH        CLERK:              REPORTER:
PRETRIAL READINESS
JUDGE: HANNEN     CLERK: SDH          REPORTER: V HERTMETZ
PRESENT: BEN HARTFORD, SPECIAL PROSECUTOR FOR THE PEOPLE
DEF APPEARS ON BOND WITH DEF CNSL JAMES REED
THE PEOPLE THINK THE TRIAL WILL BE 2-3 DAYS; THE PEOPLE HAVE BETWEEN 10-12 WITNESSES
DEF CNSL STATES THAT HE ONLY HAS 2 DAYS AVAILABLE, HE HAS A CONFLICT ON THE THIRD DAY, AS THE SPECIAL PROSECUTOR ASSURED HIM IT WOULD ONLY BE 2 DAYS
THE COURT FINDS THAT IT WILL PROBABLY TAKE 3 DAYS
THE PEOPLE STATE THAT THERE NEEDS TO BE A WAIVER OF SPEEDY TRIAL IF THE CASE WILL BE CONTINUED, AND OBJECTS TO THE CONTINUANCE
DEF CNSL WILL TRY TO REARRANGE HIS SCHEDULE AND WILL LET THE COURT KNOW BY MOTION IF HE IS UNABLE TO REARRANGE HIS SCHEDULE
THE PEOPLE STATE THERE NEEDS TO BE A WAIVER OF SPEEDY TRIAL IF IT IS CONTINUEDTHE PEOPLE STATE THAT A WITNESS THAT WAS TO APPEAR TODAY FAILED TO APPEAR, AND ASKS THAT A WARRANT ISSUE FOR HER ARREST AND THERE BE A CASH BOND OF $10,000 THE COURT STATES THAT THE TRIAL WILL REMAIN AS SCHEDULED
THE COURT ALSO STATES THAT THE MATERIAL WITNESS, JACQUELYN EDWARDS- RILEY, WHO FAILED TO APPEAR UNDER SUBPOENA, A WARRANT WILL ISSUE FOR HER FOR $10,000 BOND C/S; A REDUCTION IN THE AMOUNT OF BAIL MAY BE APPROPRIATE WHEN SHE MAKES AN APPEARANCE; THE COURT WILL STAY EXECUTION OF THE WARRANT UNTIL IT RECEIVES THE ORIGINAL SUBPOENAS TO REVIEW FROM THE PEOPLE BY FACSIMILE
  BOND CONTINUES                                                     /SDH

*WARRANT ISSUED*
12-22-08

Exhibit 1                                                        RID:D0032008CR000595-000029

```
                         Print Minute Orders        2/16/08        9:07 AM
Status:   RSTD           MRIG           District Court, Arapahoe County
Case #:   2008 CR 000595         Div/Room:  401    Type: Other
                 The People of Colorado vs RILEY, CALVIN RICHARD

    FILE DATE         EVENT/FILING/PROCEEDING
    12/12/2008        Minute Order (print)
JUDGE:  JMH       CLERK:            REPORTER:
MOTIONS HEARING
JUDGE: HANNEN       CLERK: SDH    REPORTER: C TROYANEK
PRESENT: DDA B HARTFORD, SPECIAL APPEARANCE FROM ADAMS COUNTY
DEF APPEARS ON BOND WITH DEF CNSL JAMES REED
DEF CNSL ASKS THE COURT TO RECONSIDER JOINING THE CASES                /SDH
*******
DEFENDANT'S MOTION FOR SEVERANCE OF COUNTS 4 AND 5 ARE DENIED.
DEFENDANT'S MOTION FOR ELECTION OF COUNTS DENIED.
DEFENDANT'S REQUEST FOR THE SPECIFICATION OF A SINGLE DATE OF OFFENSE IN
COUNTS 4 AND 5 DENIED.
COURT AUTHORIZED FILING OF AMENDED COMPLAINT AND INFORMATION.
PEOPLE MAY OFFER CERTIFIED COPY OF HILTON GARDEN INN RECEIPT PURSUANT TO CRE
902(11).                                                               /KAG
```

PAGE    1

Exhibit 1                                                RID·D0032008CR000595-000026

```
                         Print Minute Orders      11/25/08       3:48 PM
Status:  RSTD       MRIG            District Court, Arapahoe County
Case #:  2008 CR 000595      Div/Room:  401     Type: Other
             The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 11/25/2008 | Minute Order (print) |

JUDGE: VNS       CLERK:         REPORTER:
ARRG
JUDGE SPENCER   REPORTER: J SCOTT
DDA SPECIAL PROS BEN HARTFORD   ATTY REED WITH DEFT ONB OND
ORDER: COURT RECEIVED MOTION FROM PEOPLE REGARDING PERMISSIVE JOINDER
THE CASES ARE JOINED=08CRCR595 AND 06M1802
JTRL SCHEDULED FOR 1/5/09 AT 845AM WITH PRETRIAL ON 12/19/08 AT 830AM
DEFT PLEADS NOT GUILTY IN 08CR595 WITH SPEEDY SET FOR 5/26/09
MOTIONS 12/12/AT 830AM
BOND CONTINUES                                                         /BK

.

Exhibit 1

```
                                                      RID:D0032008CR000595-000024
                         Print Minute Orders         10/09/08      9:38 AM
Status:  RSTD       MRIG           District Court, Arapahoe County
Case #:  2008 CR 000595      Div/Room:  402     Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
| --- | --- |
| 10/07/2008 | Minute Order (print) |

JUDGE: VNS        CLERK:            REPORTER:
SENTENCING HEARING
JUDGE: V. SPENCER;  CLERK: KAG;  COURT REPORTER:  J. SCOTT
PRESENT:  DEF APPEARED ON BOND W/ DEF ATTY J. REED
DEF CNSL HAS LEFT A MESSAGE WITH THE OTHER SIDE, WHICH IS A SPECIAL
PROSECUTOR, MR. HARTFORD
DEF CNSL IS REQUESTING A DISMISSAL OF THE CASE FOR THE FAILURE TO PROSECUTE.
COURT DENIES THAT REQUEST.
DEF CNSL ALLOWED TO FILE A MOTION WITH CASE LAW
MATTER SET FOR ARRAIGNMENT ON 11.25.08 AT 130 PM IN DIV 402
MR. FAUVER WILL CONTACT MR. HARTFORD AND TELL HIM ABOUT THE NEW COURT DATE.
BOND CONTINUES                                                          /KAG

*[signatures: Special Pros / Ben Hartford]*

Exhibit 1

RID:D0032008CR000595-000023

```
                        Print Minute Orders      8/_5/08      1:56 PM
Status:  RSTD        MRIG          District Court, Arapahoe County
Case #:  2008 CR 000595      Div/Room:  402    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
```

|   FILE DATE   | EVENT/FILING/PROCEEDING |
|---|---|
| 8/26/2008 | Minute Order (print) |

```
JUDGE:  VNS        CLERK:           REPORTER:
ARRG
JUDGE: SPENCER    CLERK:OB   REPORTER: REIFEIN
PRESENT:MR HARFIN DDA SPECIAL PROS
DEF APPEARS ON BOND WITH COUNSEL J REED. THE PEOPLE ARE ASKING FOR MAROUND 30
DAYS TO SEE IF A RESOLUTION CAN BE REACHED IN THIS CASE OTHERWISE IT WILL GO
TO TRIAL.
ARRG SET 10-07-08 AT 01-30-PM IN DIV 402
BOND CONT                                                              /OB
```

Exhibit 1                                                              RID:D0032008CR000595-000022

```
                          Print Minute Orders        /15/08      2:29 PM
Status:  RSTD      MRIG           District Court, Arapahoe County
Case #:  2008 CR 000595    Div/Room: 402    Type: Other
               The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 7/15/2008 | Minute Order (print) |

```
JUDGE:  JLW         CLERK:              REPORTER:
DISPO CONF
JUDGE:  WHEELER          CLERK: NJA         R SLOAN-REPORTER
PRESENT: BEN HARDFORD-SPECIAL PROSECUTOR; DEFT WITH CSL JAMES REED
REQUEST TO CONTINUE GRANTED. MATTER SET FOR ARRG ON 8/26/08 AT 1:30 IN DIV
402.  THIS IS A 401 CASE.
FOTH: SETTING SLIP                                                    /NJA
```

PAGE    3

Exhibit 1                                                       RID:D0032008CR000595-000021

```
                        Print Minute Orders       o/24/08       4:47 PM
Status:  RSTD        MRIG        District Court, Arapahoe County
Case #:  2008 CR 000595    Div/Room: 204    Type: Other
             The People of Colorado vs RILEY, CALVIN RICHARD
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 6/24/2008 | Minute Order (print) |

```
JUDGE: MJS         CLERK:            REPORTER:
DISPO HEARING
JUDGE: M SPEAR        CLERK: KLO      REPORTER: N DORLAND
PRESENT  DDA: SPECIAL PROSECUTOR HARTFORD    DEF: ON BOND PRO SE
DEF COUNSEL DOES NOT APPEAR CALLED STAFF OFFICES IS NOT PRESENT DUE TO CAR
PROBLEMS
MATTER WILL BE SET OVER FOR DISPO HEARING ON 7 15 08 AT 130 PM
BOND CONTINUES
FLG: SET SLIP                                                         /KLO
```

PAGE    19

Exhibit 1                                                    RI⌐ D0032008CR000595-000019

```
                          Print Minute Orders      5/21/08       12:58 PM
Status:  RSTD        MRIG          District Court, Arapahoe County
Case #:  2008 CR 000595     Div/Room:  204    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD
_____

   FILE DATE         EVENT/FILING/PROCEEDING
   5/21/2008         Minute Order (print)
JUDGE: AMO         CLERK:            REPORTER:
APPEARANCE OF COUNSEL: HELD
JUDGE: OLLADA                      CLERK: NY              RECORDER: FTR 301
PRESENT: DDA BECHTEL               DEF APPEARS ON BOND PRO SE
JAMES REED ENTERS APPEARANCE
ALL COUNTS NOT PRELIM ELIGIBLE
CASE BOUND OVER TO DISTRICT COURT DIV 201
DISPOSITIONAL CONFERENCE SET FOR 06/24/08 @ 130PM IN DIV 204
FLG: SET SLIP                                                          /GAG
```

Exhibit 1                                                          RID·D0032008CR000595-000013

```
                         ··  Print Minute Orders       5/15/08         2:50 PM
Status:  RSTD           MRIG          District Court, Arapahoe County
Case #:  2008 CR 000595       Div/Room:  301    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD

    FILE DATE          EVENT/FILING/PROCEEDING
    5/15/2008          Minute Order (print)
JUDGE:  AMO        CLERK:             REPORTER:
APPEARANCE ON WARRANT: HELD
JUDGE: OLLADA            CLERK: GAG            RECORDER: FTR 301
PRESENT: DDA BECHTAL
DEF WALK-IN ON ACTIVE WARRANT WITH CONSENT OF SURETY
DEF MOTION TO REINSTATE BOND GRANTED. NO OBJECTION FROM PEOPLE
WARRANT QUASHED
BOND OF 6000.00 REINSTATED.
APPEARANCE OF COUNSEL SET FOR 5/21/08 830AM DIV 830AM
DEF RETAINED JAMES REED
FLG; NOTICE TO APPEAR
FLG: CONSENT OF SURETY                                                    /NY
```

Exhibit 1                                                          RID: D0032008CR000595-000009

```
                         Print Minute Orders       4/29/08        2:47 PM
Status:  RSTD        MRIG           District Court, Arapahoe County
Case #:  2008 CR 000595      Div/Room:  301    Type: Other
              The People of Colorado vs RILEY, CALVIN RICHARD

   FILE DATE         EVENT/FILING/PROCEEDING
    4/29/2008        Minute Order (print)
JUDGE: AMO         CLERK:              REPORTER:
BW TO ISSUE FOR FAILURE TO APPEAR FOR HEARING
JUDGE JAUCH
BOND SET AT $12,000 C/S                                              /BK
```

**WARRANT ISSUED**
04-30-08
mf



Exhibit 1

**EVENT COMMENTS**
**4/07/08 1:29 PM**
District Court, Arapahoe County

Case #: 2008CR000595  Div/Room:  Type: Other

**The People of Colorado vs RILEY, CALVIN RICHARD**

Status:

---

Record Type: EVT  Minute Order (print)
Judge Initials: AMO  Clerk Initials:  Reporter Initials:

FIRST APPEARANCE/FILING OF CHARGES: HELD
JUDGE JAUCH  CLERK: BK  RECORDER: FTR
DDA: GARRETT  DEFT: ON BOND PRO SE
DEFT ADVISED OF RIGHTS, RIGHTS TO PRELIMINARY HEARING
DEFT FOUND INDIGENT, PD APPOINTED WHILE IN CUST
CONDITIONS OF BOND: MPO
MPO SIGNED AND SERVED AND ENTERED ON:4/07/08
BOND SET AT $6000 C/S (POSTED)
DEFT GIVEN COPY OF THE COMPLAINT, READING WAIVED, FORMAL ADV WAIVED
APPEARANCE OF COUNSEL SET FOR: 4/24/08 AT 830AM
FLG: RULE 5
FLG: SETTING SLIP
FLG: MPO  /BK