IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-12

UNITED STATES OF AMERICA,

      Plaintiff,

v.

12.   CALVIN R. RILEY,

      Defendant.

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT CALVIN R. RILEY'S
MOTION FOR STATUTORY SENTENCE (#641)**
_____

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney Guy Till (Government), hereby enters the Government's response to Defendant Calvin R. Riley's Motion for Statutory Sentence (#641)(Motion).  The Government opposes the Motion.

1.  The Government objects to the defendants request for a sentence . . . "to a term of time served, or more technically, a sentence of eight months and eight days." (Motion p. 7).

2.  The Government respectfully asserts a Sentencing Guidelines sentence is appropriate in this case and will be consistent with the sentencing factors enumerated in Title 18 U.S.C. § 3553(a); the sentence requested by the defendant will not reasonably promote respect for the laws of the United States, provide just punishment, or provide general deterrence to convicted felons inclined to possess firearms.

3.  The defendant's suggests his criminal history category is too high because he ostensibly received ineffective assistance of counsel resulting in his conviction by a jury in Arapahoe County District Court Case No. 08CR595.  This argument is weak and speculative.   The defendant is not making a bonafide collateral attack on his conviction:  " . . . Mr. Riley is not suggesting this Court must entertain a collateral attack, which would prevent use of the conviction from 08CR595 as criminal history points pursuant to §4A1.1." (Motion pp. 4-5).  The Government respectfully submits that under the principle of comity between state and federal courts, the proceedings in Arapahoe County District Court are entitled to a presumption of regularity.

4.   The outcome of the defendant's jury trial and the entry of judgment of conviction in Case No. 08CR595 deserve respect and should be given weight until and unless there are dispositive post conviction proceedings in the trial court or at the appellate level.  Instead of perfecting an appeal or collateral attack, the defendant apparently contends that Jerry Stevens, Esq.; James Reed, Esq.; the special prosecutor appointed for Case No. 08CR595; the presiding Arapahoe County District Court Judge[1]; and the Colorado State Public Defender's Appellate Section appointed

---

[1]  It is noted here that the records submitted by the defendant show the Arapahoe County District Court Judge presiding in Case No. 08CR595 was the Honorable Valeria Spencer.  Before being appointed to the bench, Valeria Spencer was an Assistant United States Attorney.  After serving as a Colorado State district court judge for a number of years, Valeria Spencer returned to the United States Attorney's Office for the District of Colorado in 2012.   Valeria Spencer is currently serving as an Assistant United States Attorney (AUSA).  AUSA Valeria Spencer has been isolated from this matter in accordance with Colorado RPC 1.12.   AUSA Valeria Spencer has played no role in preparing this Government's Response and has provided no information about Case No. 08CR595 or defendant Calvin R. Riley to the assigned Government counsel.  The Chief of the USAO Colorado Criminal Division has directed that Valeria Spencer will be walled off from USA v. Calvin R. Riley, 12-cr-00010-MSK, and AUSA Valeria Spencer will have no involvement in the prosecution of the defendant in said federal case.

for appellate purposes according to papers filed by the defendant all failed to recognize the defendant's rights under CRS § 13-90-107 and Colorado RPC 1.6.  (Motion 2-4).

5.  The Government respectfully asserts the defendant's allegation that the proceedings in Case No. 08CR595 were defective is not sustained by the records, argument, and authority submitted.

6. The Government respectfully submits the Sentencing Guidelines calculations represent a methodical, considered, and thorough evaluation of relevant offense conduct and the history and characteristics of the defendant.   The Government respectfully objects to the Motion, and respectfully asks the Court to impose a Sentencing Guidelines sentence in furtherance of the sentencing factors enumerated in Title 18 U.S.C. § 3553(a).

Respectfully submitted this 21st day of September 2012.

Respectfully submitted,

JOHN WALSH
United States Attorney

By:  s/*Guy Till*_____
GUY TILL
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
E-mail: Guy.Till@usdoj.gov
Attorney for Government

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT CALVIN R. RILEY'S MOTION FOR STATUTORY SENTENCE (#641)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ *Lisa Vargas*
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov