UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
DISTRICT OF COLORADO DIVISION

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2013

JEFFREY P. COLWELL
CLERK

Calvin Riley
    Petitioner,

vs.

UNITED STATES OF AMERICA
BUREAU OF PRISONS, et.al,
Custodian of the Records
    Defendant,

Case No: 12-CR-00010-MSK-12

Mr. Calvin Riley requests this Honorable Court for permission to file a Motion in regard to the remaining of his sentence, Supervised Release that he was never afforded a proper hearing regarding Supervised Release and now can prove that the Supervised Release is a clear violation of his rights. The findings was based on a recommendation of a pre-sentence report and not a jury finding see Apprendi v. New Jersey, 530 U.S.466, 147 L.Ed.2d 435, where is was held that the fact of a Prior or now conviction, a jury must find beyond a reasonable doubt any facts that increase the penalty for a crime beyond a maximum.
And having been sentenced to serve supervise release is beyond the maximum in Mr. Calvin Riley behalf. This Motion that will be filed I am requesting this Court to not contrue the Motion as a 2255 Motion.
And your timely reply is requested as soon as possible, and thank you for your time and attention in this matter.

    Respectfully Submitted,

    /s/ _____
    Calvin Riley, unrepresented, pro-se