IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

12. CALVIN R. RILEY,

        Defendant.

## WITHDRAWAL OF MOTION FOR LEAVE TO FILE [Doc 849]

Upon further review of the file, the plea agreement, statement in advance and all of the other relevant material, Calvin Riley hereby withdraws the Motion for Leave to File (doc. 849).

Dated:   April 1, 2013.

        Respectfully submitted,

        **S/ Darren R. Cantor**
        Darren R. Cantor
        1127 Auraria Parkway, Suite 201-B
        Denver, Colorado 80204
        (303) 534-5722
        Darren@cantorlaw.net
        *Attorney for Calvin Riley*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all relevant parties.

        _S/_ Darren R. Cantor
        Darren R. Cantor