To whom it may concern: Judge Krieger

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 MAR 24  PM 3: 43

JEFFREY P. COLWELL
CLERK

3/20/2014

1:12 cr 10-12

I Calvin Riley have been on probation for the last year, after being incarcerated for a total of 13 months and most of my time was in the Denver city jail and a few months in the Florence Federal prison until I was released in January of 2013. While I was incarcerated I never had any problems with inmates or staff no write up's. Since I've been out also I have had no police contacts or dirty UA's and I have continued to do everything I was ordered to do by my probation officer Jeff Caplian. I have been working and taking care of my responsibilities, my restitution and child support and staying on the right track staying away from the motorcycle club. I have and will continue to turn my life around for the better and wanting to make things work in my life for not only myself but my family. I have a good job opportunity in Yuma Arizona to make good money to support my family and give them a good life as well. And all I need is your blessing to be released from probation so I can move there for a better opportunity and a better life. And as the saying goes change is good for everybody and I hope I am given the chance to do so. Thank you for your time and consideration.

Sincerely:  Calvin Riley

Calvin Riley