IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-12

UNITED STATES OF AMERICA,

        Plaintiff,

v.

12.   CALVIN R. RILEY,

        Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENSE MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE (#1015)**

---

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney (Government), respectfully submits this response to the motion filed by defendant Calvin R. Riley asking for early termination of Supervised Release (#1015). The Government respectfully states and represents to the Court as follows:

1.    The Government asserts that best interests of public safety and promoting respect for the laws of the United States will be served by denying the defendant's request for early termination of his period of Supervised Release.

2.    It appears, although the defendant's motion is not explicit as to the defendant's intentions and is lacking in details about the employment opportunity itself, the defendant wants to move to Yuma, Arizona, for employment purposes. The Government would defer to the Probation Department with respect to the advisability of defendant Calvin R. Riley's moving to Yuma, Arizona, for verified employment purposes.

3.  One would expect a period of adjustment would be required in any new environment. The Government's understanding is that supervision by a District of Arizona Probation Officer may be arranged for in Arizona, if the defendant's move to Arizona were eventually authorized or permitted by the Court.

4.  The Government respectfully submits that, in whatever District the defendant resides, continued contact with and supervision from a supervising United States Probation Officer is in the best interests of the public and of the defendant.

Respectfully submitted this 14th day of April 2014.

        JOHN F. WALSH
        United States Attorney

        By:  *s/Guy Till*
        GUY TILL
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, CO. 80202
        Telephone (303) 454-0207
        Fax (303) 454-0401
        guy.till@usdoj.gov
        Attorney for Government