

# M E M O R A N D U M

To: Chief Judge Krieger

From: Probation Office

Date: April 15, 2014

Re: Calvin R. **RILEY**
Docket No. 12-cr-00010-MSK-12
Expiration Date:  February 21, 2016
**RESPONSE TO EARLY TERMINATION REQUEST**

The offender has been on supervision 14 months which makes him statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1).

The offender has done well on supervised release, and has not incurred any violations.  The offender paid his special monetary assessment in full, and as of this writing, has not tested positive for the use of illegal substances. He has maintained steady employment and residence throughout his supervision.

Notwithstanding the offender's compliance with supervision requirements, the Probation Office is precluded from recommending an early termination of supervision in his case, because he does not meet the criteria for early termination of supervision that were approved by the Judicial Conference Committee on Criminal Law, and subsequently adopted by this District.  Those criteria are as follows:

1. The offender poses no identifiable risk to the safety of any identifiable victim;

2. The offender poses no identifiable risk to public safety based on a Risk Prediction Index (RPI) score of zero (0) or one (1);

3. The offender has no history of violence;

4. The offender did not have an aggravated role in the offense of conviction;

5. The offender has maintained stable residence and employment for at least one year;

6. The offender has made progressive strides toward supervision objectives and has been in substantial compliance with all conditions of supervision for at least one year;

7. The offender has no pending charges, and no arrests or convictions within the past year;

8. The offender has had no psychiatric episodes or evidence of alcohol or drug abuse within the past year.

The offender fails to meet the criteria enumerated at 2.  Specifically, the offender has an RPI score of 6, which correlates with a recidivism rate of 48%.  This rate is significantly higher than the recidivism rate for an offender with an RPI score of 1, which is 4.5%.  Additionally, the offender's instant offense involves a weapons conviction and he has a prior Burglary and concealed weapon conviction.

Based on the offender's RPI score of 6 and his prior criminal history, the Probation Office cannot support an early termination of the offender's term of supervised release.

Respectfully submitted,

*s/Gary W. Phillips*
Gary W. Phillips
Supervisory Probation Officer
303-335-2435